# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD W. BIRCH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KEVIN KAUFFMAN, R. SETH WILLIAMS, The District Attorney of the County of Philadelphia and KATHLEEN KANE, The Attorney General of the State of Pennsylvania | : : : : : : | NO. 15-2626 |

## ORDER

**NOW**, this 6th day of May, 2019, upon consideration of the Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254 (Document No. 1), the Response to Petition for Writ of *Habeas Corpus*, the Report and Recommendation filed by United States Magistrate Judge Henry S. Perkin (Document No. 21), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

    1.    The Report and Recommendation of Magistrate Judge Henry S. Perkin is **APPROVED** and **ADOPTED**;

    2.    The Petition for Writ of *Habeas Corpus* is **DENIED**; and,

    3.    There is no probable cause to issue a certificate of appealability.

                                                  /s/ Timothy J. Savage, J.